```
SAO
```
EBAN M. MILMEISTER, ESQ.
Nevada Bar No. 11844
THORNDAL ARMSTRONG, PC
600 S. Las Vegas Boulevard, Suite 400
Las Vegas, NV 89101
Tel.: (702) 366-0622
Fax: (702) 366-0327
mdp@thorndal.com

*Attorneys for Defendant*
*JOHN THOMAS LASCHA*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| MARIBEL GALARZA; SOFIA JAZMIN RAMOS GALARZA,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN THOMAS LASCHA; DOES I-X; ROE BUSINESS ENTITIES XI-XX,<br><br>Defendants. | CASE NO. 2:24-cv-00611-RFB-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF PLAINTIFF SOFIA JAZMIN RAMOS GALARZA, ONLY** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff SOFIA JAZMIN RAMOS GALARZA and Defendant JOHN THOMAS LASCHA, by and through their respective undersigned counsel of record, that Plaintiff SOFIA JAZMIN RAMOS GALARZA's Complaint, only, including all claims and causes of action alleged therein or which could have been alleged therein as against any and all Defendants, be dismissed with prejudice; and that each stipulating Party is to bear their own attorney fees, costs and expenses.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

-1-

**IT IS SO STIPULATED**.

DATED this 16th day of September, 2025.

CLAGGETT & SYKES LAW FIRM

*/s/ Joshua A. Dowling*
JOSHUA A. DOWLING, ESQ.
Nevada Bar No. 12956
100 N. Sierra Street, Suite 220
Reno, Nevada 89501
*Attorneys for Plaintiffs*
*MARIBEL GALARZA and SOFIA JAZMIN RAMOS GALARZA*

DATED this 17th day of September, 2025.

THORNDAL ARMSTRONG, PC

*/s/ Eban M. Milmeister*
EBAN M. MILMEISTER, ESQ.
Nevada Bar No. 11844
600 S. Las Vegas Boulevard, Suite 200
Las Vegas, Nevada 89101
*Attorneys for Defendant*
*JOHN THOMAS LASCHA*

## ORDER

Based upon the stipulation of counsel for the Parties and good cause appearing;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff SOFIA JAZMIN RAMOS GALARZA's Complaint, only, including all claims and causes of action alleged therein or which could have been alleged therein as against any and all Defendants, are dismissed with prejudice; and that each of the Parties shall bear their own attorney's fees, costs and expenses incurred therein.

_____
U.S. DISTRICT COURT JUDGE

## Eban M. Milmeister

| | |
|---|---|
| **From:** | Josh Dowling <Josh@claggettlaw.com> |
| **Sent:** | Tuesday, September 16, 2025 10:18 AM |
| **To:** | Amanda Johnson; Gynger Ramos |
| **Cc:** | Eban M. Milmeister |
| **Subject:** | Re: Case No. 2:24-cv-00611-RFB-EJY (LASCHA-GALARZA) |

Hi Eban -

My office will arrange a runner to pick up the check. Once we have the check, you may affix my signature to the S&O for dismissal and submit to the court. Thx.

Josh Dowling
Trial Lawyer – Partner



**LAS VEGAS | RENO | NEW YORK**

4101 Meadows Lane, Ste. 100 Las Vegas, NV 89107
100 N. Sierra Street, Ste. 220 Reno, NV 89501
125 Michael Dr., Ste. 26 Syosset, NY 11791
Ph. (702) 333-7777 – Las Vegas
Ph. (775) 322-2923 - Reno
Fax (702) 655-3763
www.claggettlaw.com

If you have received this communication in error, please call us immediately at (702) 655-2346 and ask to speak to the sender of the communication. Also, please email the sender and notify the sender immediately that you have received the communication in error. Finally, if you have received this communication in error and you have already notified the sender that you received it in error, please delete the email.

---

**From:** Amanda Johnson <AJJ@thorndal.com>
**Date:** Friday, September 5, 2025 at 4:28 PM
**To:** Josh Dowling <Josh@claggettlaw.com>
**Cc:** Eban M. Milmeister <EMM@thorndal.com>
**Subject:** Case No. 2:24-cv-00611-RFB-EJY (LASCHA-GALARZA)

Hello Mr. Dowling,

Attached please the Stipulation and Order for Dismissal with prejudice of Plaintiff Sofia Jazmin Ramos Galarza, Only, for your review. Please advise if your approve and that we may you use your e-signature.

Thank you,

1